131 A.3d 956

IN THE MATTER OF THOMAS J. SCATTERGOOD, A FORMER JUDGE OF THE MUNICIPAL COURT.

March 8, 2016.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **THOMAS J. SCATTERGOOD**, a former Judge of the Municipal Court of Burlington City, be publicly reprimanded for multiple violations of Canons of the *Code of Judicial Conduct*, including *Canon* 1 (a judge should maintain high standards of conduct to preserve the integrity and independence of the judiciary), *Canon* 2A (a judge should act in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 3A(1) (a judge should be faithful to the law and maintain professional competence in it), *Canon* 3A(3) (a judge should be patient, dignified and courteous), *Canon* 3C(1) (a judge should disqualify himself when the judge's impartiality might reasonably be questioned), and *Canon* 3D (a judge may not avoid disqualification by disclosing conflict and securing consent of parties), and for violation of *Rule* 1:12–1(g) (a judge should be disqualified for any reason that might preclude a fair and unbiased hearing);

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and the determination of the Court that respon-

dent should be permanently barred from holding future judicial office, and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **THOMAS J. SCATTERGOOD**, a former Judge of the Municipal Court of Burlington City, is hereby publicly reprimanded and permanently barred from holding future judicial office.